IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL BLECHA,<br><br>            Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation,<br><br>            Defendant. | 8:25CV93<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

      This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by counsel for both parties. Filing 19. The parties stipulate to dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees. Accordingly,

      IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 19, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

      Dated this 17th day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge